UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD SULLIVAN,<br><br>          Plaintiff,<br>v.<br><br>VENETIAN CASINO RESORT, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-01807-EJY<br><br>**ORDER** |

This action was filed on September 25, 2024. ECF No. 1. The Court issued a Notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by September 25, 2024. ECF No. 7. To date, no proof of service has been filed.

Accordingly, IT IS HEREBY ORDERED, adjudged and decreed that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is to close and accept no further filing in this matter.

DATED this 2nd day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE